# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE R. DELGADO JR,<br><br>　　　　Defendant. | Case No. 2:19-MJ-961-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel (ECF No. 10) and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 13, 2020 at the hour of 4:00 p.m., be vacated and continued to February 12, 2020 at the hour of 4:00 p.m. in Courtroom 3B.

DATED this 9th day of January, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3